United States District Court
Southern District of Texas
ENTERED

JUL 23 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
JUL 2 3 1998
Michael N. Milby, Clerk

| | | |
|---|---|---|
| GEANNE GOREHAM | * | |
| VS | * | C.A. NO. B97 191 |
| U.S. EXPRESS, INC. | * | |

### ORDER SETTING HEARING

The above-captioned and numbered cause of action is hereby set for a hearing on all pending motions for **Tuesday, August 18, 1998, at 9:30 a.m., before the undersigned.**

DONE at Brownsville, Texas, this 23rd day of July, 1998.

_____
Fidencio G. Garza, Jr.
United States Magistrate Judge
3rd Floor Courtroom
1001 E. Elizabeth
Brownsville, TX