27

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 15 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
SEP 15 1998
Michael N. Milby
Clerk of Court

**GEANNE GOREHAM**

VS

**U.S. XPRESS, INC.**

C.A. No. B-97-191

## ORDER

Pursuant to Notice of Settlement filed 08/17/98 by both parties this case has been settled. All pending motions are Dismissed.

Signed this ____15th____ day of ____September____, 1998.

_____
**Judge Presiding**